THE LEATHER MANUFACTURERS' NATIONAL BANK, Appellant, *v.* LAURA P. HALSTED et al., Respondents.

(Argued March 12, 1891; decided April 14, 1891.)

APPEAL, under section 1336 of the Code of Civil Procedure, from final judgment in favor of defendants, entered upon an order of Special Term, made August 1, 1887, after an affirmance by the General Term of the Supreme Court in the first judicial department, of an interlocutory judgment, entered upon an order of Special Term sustaining a demurrer to the complaint.

*Charles E. Hughes* for appellant.

*Wm. Pierrepont Williams* for respondents.

Agree to affirm on authority of *Knower* v. *Central National Bank (ante,* .p. 552).

All concur.

Judgment affirmed.